**NEW BERN POOL & SUPPLY CO. v. GRAUBART**

[326 N.C. 480 (1990)]

NEW BERN POOL & SUPPLY COMPANY v. ELI GRAUBART D/B/A AIR MACHINES, INC.

No. 339A89

(Filed 5 April 1990)

APPEAL by defendant pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 94 N.C. App. 619, 381 S.E.2d 156 (1989), finding no error in the judgment entered by *Reid, J.,* on 25 March 1988 in Superior Court, CRAVEN County and pursuant to N.C.G.S. § 7A-31 as to additional issues. Pursuant to Rule 30(d) of the Rules of Appellate Procedure, the case was submitted on 13 March 1990 for decision by the Supreme Court on the written briefs.

*Ward and Smith, P.A., by John A. J. Ward, for plaintiff-appellee.*

*Barker, Dunn & Mills, by Donald J. Dunn, for defendant-appellant.*

PER CURIAM.

Affirmed.